IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYSHAWN MIMS, a/k/a LAERIES HAYES**
**ADC # 129726**                                                                                       **PLAINTIFF**

v.                                      5:08-CV-00178-WRW/HDY

**LARRY NORRIS, Director, Arkansas Department**
**of Correction; JAMES BLACKMON, Doctor,**
**Cummins Unit, Arkansas Department of Correction;**
**UAMS EYE CLINIC; UAMS CAT SCAN**
**DEPARTMENT; MR. GRIFFIN, Head of the**
**Infirmary, Cummins Unit, Arkansas Department**
**of Correction; and MRS. AUSTIN, Infirmary,**
**Cummins Unit, Arkansas Department of Correction**                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Plaintiff's claims against the John Doe Defendant physicians of the University of Arkansas for Medical Sciences Eye Clinic and CAT Scan Department, and Arkansas Department of Correction Director Larry Norris, are DISMISSED and they are terminated as party Defendants.

Construing the remainder of his allegations liberally, Plaintiff has stated a cognizable claim for relief against Defendants Blackmon, Griffin, and Austin. Therefore, he will be allowed to proceed with these claims, and service is appropriate on these Defendants. The Clerk of the Court is directed to prepare summonses for these Defendants, and the United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2), Amended Complaint (Doc. No. 6), this Order, and summons on Defendants, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED, this 27th day of October, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE