**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TYSHAWN MIMS, a/k/a LAERIES HAYES,
ADC #129726                                                                                                            PLAINTIFF

V.                                        5:08CV00178-WRW-JJV

JAMES BLACKMON, Dr., Cummins Unit,
Arkansas Department of Correction; *et al.*                                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 16th day of July, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE